1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN HYPOLITE,

11            Plaintiff,                    No. CIV S-05-0428 MCE DAD P

12        vs.

13   CALIFORNIA DEP'T OF
     CORRECTIONS, et al.,

14
              Defendants.                   ORDER

15
     _____/

16

17            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

18   filed pursuant to 42 U.S.C. § 1983.  By order filed April 27, 2006, plaintiff's complaint was

19   dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

20   complaint.

21            The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

22   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

23   plaintiff has a reasonable opportunity to prevail on the merits of this action.

24            In accordance with the above, IT IS HEREBY ORDERED that:

25            1.  Service is appropriate for the following defendants:  Director of California

26   Department of Corrections and Rehabilitation, N. Grannis, J. Pearson, T. Surges, Teresa

1

1  Schwartz, Martin Veal, Sterling O'Ran, D.S. Jones, J.J. Kett, P. Mirich, B.C. Roszko, R. St.

2  Germain, C.L. Twyman, and T. Trimble.

3  　　　　2.  The Clerk of the Court shall send plaintiff fourteen USM-285 forms, one

4  summons, an instruction sheet and a copy of the amended complaint filed May 31, 2006.

5  　　　　3.  Within thirty days from the date of this order, plaintiff shall complete the

6  attached Notice of Submission of Documents and submit the following documents to the court:

7  　　　　　　a.  The completed Notice of Submission of Documents;

8  　　　　　　b.  One completed summons;

9  　　　　　　c.  One completed USM-285 form for each defendant listed in number 1

10  　　　　　　above; and

11  　　　　　　d. Fifteen copies of the endorsed amended complaint filed May 31, 2006.

12  　　　　4.  Plaintiff need not attempt service on defendants and need not request waiver of

13  service.  Upon receipt of the above-described documents, the court will direct the United States

14  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15  without payment of costs.

16  DATED: September 29, 2006.

17

18  　　　　　　　　　　　_____
　　　　　　　　　　　DALE A. DROZD

19  DAD:4　　　　　　　UNITED STATES MAGISTRATE JUDGE
　hypo0428.1

20

21

22

23

24

25

26

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                    FOR THE EASTERN DISTRICT OF CALIFORNIA

7    STEVEN HYPOLITE,

8            Plaintiff,                        No. CIV S-05-0428 MCE DAD P

9        vs.

10   CALIFORNIA DEP'T OF
     CORRECTIONS, et al.,                      NOTICE OF SUBMISSION

11
             Defendants.                       OF DOCUMENTS

12
     _____/

13
             Plaintiff hereby submits the following documents in compliance with the court's

14
     order filed _____:

15
             _____        completed summons form

16
             _____        completed USM-285 forms

17
             _____        copies of the _____

18                                          Amended Complaint

19   DATED:

20

21                                         _____
                                           Plaintiff

22

23

24

25

26