1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11
**STEVE HYPOLITE,**                                    No. CIV S-05-0428 MCE DAD P

12                                      Plaintiff,      **ORDER GRANTING**
                                                        **DEFENDANTS AN EXTENSION**
13                                                      **OF TIME TO RESPOND TO**
                   **v.**                               **PLAINTIFF'S COMPLAINT**
14
**CDCR, et al.,**
15
                                      Defendants.
16

17          On December 21, 2006, Defendants' counsel filed a motion for extension of time to

18   file the responsive pleading of Defendant Trimble, explaining that this Defendant has not yet

19   asked the Attorney General's Office to represent them.  Defendants further explained that

20   additional time is necessary to receive and review Defendant Trimble's request for

21   representation, as well as to file a joinder, on behalf of this Defendant, to the motion to dismiss

22   filed December 21, 2006.

23          **FOR GOOD CAUSE SHOWN**, Defendant Trimble is granted an extension of time,

24   up to and including January 5, 2007, in which to file his responsive pleading.

25   DATED: December 27, 2006.

26

27                                          _____
                                            DALE A. DROZD
28   DAD:4                                  UNITED STATES MAGISTRATE JUDGE
     hypo0428.eot