IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN HYPOLITE,

    Plaintiff,                          No. CIV S-05-0428 MCE DAD P

    vs.

CALIFORNIA DEP'T OF CORRECTIONS, et al.,

    Defendants.                        <u>ORDER</u>

/

        On December 27, 2006, the court granted defendants' counsel an extension of time to determine if defendant Timble intended to request representation from the Attorney General's Office and would seek to join in the motion to dismiss that was filed on December 21, 2006. The extension of time expired on January 5, 2007, but no joinder or responsive pleading has been filed on behalf of defendant Timble. The court will order counsel to inform the court as to whether the Attorney General Office has been asked requested to represent defendant Timble and if so, to file a joinder or responsive pleading.

        Accordingly, IT IS HEREBY ORDERED that within fifteen days from the service of this order, counsel for defendants shall inform the court as to whether defendant Timble has

/////

1

requested representation from the Attorney General's Office, and if so, within fifteen days from the service of this order, counsel shall file defendant Timble's joinder or responsive pleading.

DATED: January 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hypo0428.ord