IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HYPOLITE, | No. 2:05-cv-00428-MCE-DAD-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEP'T OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On July 31, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days.  Plaintiff has filed objections to the findings and recommendations.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 31, 2007, are adopted in full;

2. Defendants' December 21, 2006 motion to dismiss is granted in part as follows:

   a. Plaintiff's First Amendment, Eighth Amendment, and Fourteenth Amendment equal protection claims are dismissed as to all named defendants;

   b. Plaintiff's claim challenging the CDCR's regulation pertaining to facial hair is dismissed;

   c. Plaintiff's request for an order freezing defendants' assets until this action is concluded is denied;

   d. Plaintiff's request for transfer to the federal prison system is denied;

3. This action shall proceed on plaintiff's RLUIPA claim; and

4. Within fifteen days from the service of this order, defendants shall file their answer to plaintiff's amended complaint.

Dated: August 30, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE