1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN HYPOLITE,                    No. 2:05-cv-00428-MCE-DAD P

12          Plaintiff,

13     vs.                               ORDER

14   CALIFORNIA DEP'T OF
     CORRECTIONS, et al.,

15
            Defendants.
16
     _____/
17

18        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

21        On September 8, 2008, the magistrate judge filed findings and recommendations herein

22   which were served on all parties and which contained notice to all parties that any objections to

23   the findings and recommendations were to be filed within fifteen days.  Neither party has filed

24   objections to the findings and recommendations.

25   ///

26   ///

1     The court has reviewed the file and finds the findings and recommendations to be

2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3 ORDERED that:

4     1.  The findings and recommendations filed September 8, 2008 (Doc. No. 39), are

5 adopted in full;

6     2.  Defendants' motion for judgment on the pleadings (Doc. No. 34), filed on September

7 7, 2007, is granted as to defendants Trimble and Mirich and denied in all other respects; and

8     3.  This action shall proceed solely on plaintiff's Religious Land Use and Institutionalized

9 Person Act (RLUIPA) claim against defendants Roszko, Pearson, Surges, Schwartz, Veal,

10 O'Ran, Jones, Kett, St. Germain, Twyman, Tilton and Grannis.

11

 Dated:  September 30, 2008

12

13                  MORRISON C. ENGLAND, JR.

14                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26