IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN HYPOLITE,

        Plaintiff,                  No. CIV S-05-0428 MCE DAD P

    vs.

CALIFORNIA DEP'T OF CORRECTIONS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Defendants have filed a motion to vacate the October 10, 2008 scheduling order pending a decision on defendants' motion for summary judgment, filed on April 3, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion to vacate the scheduling order (Doc. No. 51) is granted;

        2. The scheduling order, filed on October 14, 2008, is modified as follows:

                a. Plaintiff's pretrial statement and motions to obtain the attendance of witnesses at trial, to be filed and served on or before July 3, 2009, is vacated;

                b. Defendants' pretrial statement, to be filed and served on or before July 10, 2009, is vacated;

/////

1

1                    c.  Pretrial conference set for July 17, 2009, is vacated;

2                    d.  Trial set before the Honorable Morrison C. England, Jr., on October 5,

3 2009, is vacated; and

4            3.  New dates shall be set, if appropriate, following the disposition of defendants'

5 motion for summary judgment.

6 DATED: June 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hypo0428.mvs