IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN HYPOLITE,

      Plaintiff,                    No. CIV S-05-0428 MCE DAD P

   vs.

CALIFORNIA DEP'T OF CORRECTIONS, et al.,

      Defendants.              <u>ORDER</u>

                               /

          On June 3, 2009, the court granted defendants' June 2, 2009 motion to vacate the scheduling order in light of defendants' pending motion for summary judgment. On June 9, 2009, plaintiff filed an opposition to defendants' motion to vacate, which the court construes as a motion for reconsideration of the magistrate judge's June 3, 2009 order. Pursuant to E.D. Cal. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed June 3, 2009, is affirmed.

Dated:  September 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE